SILVER LINE, Ltd., as Owner of The Motor Vessel Silveryew, Appellant, v. THE Motor Vessel ARMINDA, Hedger Transportation Co., Appellee.

HEDGER TRANSPORTATION COMPANY, Appellee, v. THE Motor Vessel SILVERYEW, Silver Line, Ltd., Appellant.

Rheinhold DE LEIN, Appellee, v. THE Motor Vessel SILVERYEW, Silver Line, Ltd., Appellant.

In the Matter of the Petition of HEDGER TRANSPORTATION COMPANY for Exoneration from and Limitation of Its Liability as Owner of The Freighter Arminda, Silver Line, Ltd., Appellant.

Nos. 464–467.

Circuit Court of Appeals, Second Circuit.

July 5, 1932.

See, also, 51 F.(2d) 604.

Lord, Day & Lord, of New York City (Henry de Forest Baldwin, Allan B. A. Bradley, and James S. Hemingway, all of New York City, of counsel), for appellant The Silveryew.

Bigham, Englar, Jones & Houston, of New York City (D. Roger Englar and Leonard J. Mattison, both of New York City, of counsel), for appellee Reinhold de Lein.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for The Arminda.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees [59 F.(2d) 776] affirmed on opinion below.

---

Jacob SMITH, Petitioner, v. Honorable George W. McCLINTIC, United States District Judge for the Southern District of West Virginia, Respondent.

No. 3295.

Circuit Court of Appeals, Fourth Circuit.

April 29, 1932.

Jacob Smith, of Atlanta, Ga., pro se.

PER CURIAM.

Mandamus denied, and petition dismissed.

---

Ray SMITH, Appellant, v. UNITED STATES of America, Appellee.

No. 6897.

Circuit Court of Appeals, Ninth Circuit.

July 19, 1932.

Anthony Savage, U. S. Atty., of Seattle, Wash., and Joseph A. Mallery, Asst. U. S. Atty., of Tacoma, Wash.

Before SAWTELLE, Circuit Judge, and NORCROSS and SAMES, District Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

---

Robert S. SMITH v. UNITED STATES of America.

No. 646.

Circuit Court of Appeals, Tenth Circuit.

March 5, 1932.

Ralph Brown, of Albuquerque, N. M., for appellant.

Hugh B. Woodward, U. S. Atty., of Albuquerque, N. M.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed March 5, 1932, for failure to prosecute.